No. 4288.—PUEBLO, apldo., *v.* HENRY, aplte.—C. D. Maya-

güez. Infracción Ley de Rentas Internas. Noviembre 24, 1930.